UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RYAN KING,

    Plaintiff,

v.                                                      Case No. 18-C-744

MELISSA A. GONZALEZ, et al.,

    Defendants.

## DECISION AND ORDER

Plaintiff Ryan King is currently serving a state prison sentence at Waupun Correctional Institution and representing himself. On December 17, 2021, the Racine County Defendants and the Medical Defendants filed motions for summary judgment. Dkt. Nos. 121, 132. King's institution initially refused to deliver the motions, so King did not receive County Defendants' motion until mid-January, and he did not receive the Medical Defendants' motion until early-February. Following notices from Defendants' counsel about the non-delivery, the Court twice extended King's deadline to respond. On March 17, 2022, the Court extended King's deadline a third time, and on April 19, 2022, the Court extended King's deadline a fourth time. The current deadline for him to file his response materials is May 13, 2022. The Court informed King that the response deadline would not be further extended "without a showing of extraordinary circumstances." Dkt. No. 153. The Court also explained that "[l]imited library time is not an extraordinary circumstance." Dkt. No. 151.

On May 12, 2022, King filed a motion seeking a fifth extension of his deadline to respond to Defendants' summary judgment motion. He states that, due to staffing shortages, he has had

only sixteen hours of law library time. King fails to show extraordinary circumstances justifying yet another extension of his response deadline. The issues in this case are straightforward, and King has had the Defendants' motions for more than three months. The County Defendants set forth only twenty-four proposed findings of fact, and the Medical Defendants set forth only nine proposed findings of fact. Dkt. Nos. 122, 135. As the Court previously explained to King, summary judgment rises or falls on whether there is a genuine dispute of material fact. The Court is familiar with the law and does not need King to explain the legal basis of his claim so much as to indicate which facts asserted by Defendants are in dispute. King can do this without unlimited library access.

The Court acknowledges that King is pro se and lacks legal experience, so it will grant him one final extension. However, Defendants are entitled to a timely resolution of their motions, so **no further extensions will be granted**. If King does not respond to Defendants' motions by **June 13, 2022**, the Court will decide the motions without his input.

**IT IS THEREFORE ORDERED** that King's motion for an extension of time (Dkt. No. 154) is **GRANTED** in part. The Court must receive King's materials in response to Defendants' motions for summary judgment by **June 13, 2022**. No further extensions of this deadline will be granted. If King does not timely respond to the motions, the Court will decide the motions without his input and may grant the motions as a sanction for his failure to comply with Civil L. R. 56. *See* Civil L. R. 56(b)(9).

Dated at Green Bay, Wisconsin this  13th   day of May, 2022.

s/ William C. Griesbach
William C. Griesbach
United States District Judge
